

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4-08CR-070-A |
| BRIAN KEITH MCKENZIE   (1) | § § | |

### INDICTMENT

The Grand Jury charges:

#### Count One
Threats to Kill the President of the United States
(Violation of 18 U.S.C. § 871)

On or about January 28, 2008, in the Fort Worth Division of the Northern District of Texas, **Brian Keith McKenzie**, defendant, did knowingly and willfully threaten to kill and injure the President of the United States.

In violation of 18 U.S.C. § 871.

Indictment - Page 1

<u>Count Two</u>
Willfully Making a Threat Involving Explosives
(Violation of 18 U.S.C. § 844(e))

On or about March 7, 2008, in the Fort Worth Division of the Northern District of Texas, **Brian Keith McKenzie**, defendant, by means and use of an instrument of commerce, that is, the mail, willfully threatened to unlawfully damage and destroy a building, that is, "the Federal Bldg." by means of fire and explosives.

In violation of 18 U.S.C. § 844(e).

<u>Count Three</u>
Threat to Kill the President of the United States
(Violation of 18 U.S.C. § 871)

On or about March 17, 2008, in the Fort Worth Division of the Northern District of Texas, **Brian Keith McKenzie**, defendant, did knowingly and willfully threaten to kill and injure the President of the United States.

In violation of 18 U.S.C. § 871.

A TRUE BILL.

_/s/ Linda Barnette_
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_/s/ Michael Worley_
J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No. 22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas  76102-6882
Telephone:  817.252.5227
Facsimile:  817.978.3094

Indictment - Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

BRIAN KEITH MCKENZIE (1)

INDICTMENT

18 U.S.C. § 871
Threat to Kill the President of the United States

18 U.S.C. § 844(e)
Willfully Making a Threat Involving Explosives

(3 COUNTS)

A true bill,

FORT WORTH                    _Linda Burnette_ FOREPERSON

Filed in open court this __14__ day of __May__, A.D. 2008.

_____
                                                    CLERK

WARRANT TO ISSUE    _[signature]_
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment:  Yes   X No , New Defendant: X Yes    No
Pending CR Case in NDTX :   Yes   X  No, If Yes, number:
Search Warrant Case Number _____
R 20 from District of _____
Magistrate Case Number: 4-08CR-070-A

1. **Defendant Information**

   Juvenile:  ☐ Yes   ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☒ No

   Defendant Name    BRIAN KEITH MCKENZIE
   Alias Name
   Address
   County in which offense was committed:    Tarrant

2. **U.S. Attorney Information**

   AUSA  J. MICHAEL WORLEY                     Bar #  TX Bar No. 22001400

3. **Interpreter**

   ☐ Yes   ☒ No    If Yes, list language and/or dialect: _____.

4. **Location Status**

   Arrest Date:    WARRANT TO ISSUE
   Already in Federal Custody as of _____ in _____
   Already in State Custody
   On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  3      ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 18: 871 | Threat to Kill the President of the United States | 1, 3 |
   | 18:844(e) | Willfully Making a Threat Involving Explosives | 2 |

   Date  5-13-08          Signature of AUSA: _____